# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| LIGHT SOURCES, INC., <br><br> Plaintiff, <br><br> v. <br><br> LIGHT SPECTRUM ENTERPRISES, INC., <br><br> Defendant. | Civil Action No. <br><br> **JURY TRIAL DEMANDED** |

## COMPLAINT

Plaintiff, Light Sources, Inc., does hereby, through its attorneys, allege as follows:

## THE PARTIES

1. Plaintiff Light Sources, Inc., (hereinafter "Light Sources"), is a Connecticut corporation, having a principal place of business at 37 Robinson Boulevard, Orange, Connecticut 06477.

2. Upon information and belief, Defendant Light Spectrum Enterprises, Inc., (hereinafter "LSE"), is a Pennsylvania corporation, having a principal place of business at 1401 Bridgetown Pike, Suite B, Feasterville, Pennsylvania 19053.

## JURISDICTION AND VENUE

3. This is a claim for patent infringement and arises under the patent laws of the United States, Title 35 of the United States Code. This Court has original jurisdiction over the subject matter of this claim under 28 U.S.C. §§ 1331 and 1338(a).

4. This Court has personal jurisdiction over LSE in that it transacts business in this judicial district and/or has committed acts within this judicial district giving rise to this action.

5. Venue is proper in this judicial district pursuant to 28 U.S.C. §§ 1391(b), (c), 1400.

## BACKGROUND FACTS

6. Light Sources and its affiliated companies are high-tech designers and manufactures in the lamp manufacturing industry. Light Sources is the world market leader for producing low pressure tanning lamp and UVC quartz germicidal lamp technologies.

7. Light Sources is the owner by assignment of United States Design Patent No. D617,735 entitled "Compact Base," issued on June 15, 2010 (the "'735 patent"). A true and correct copy of the '735 patent is attached hereto as Exhibit A.

8. Upon information and belief, LSE is a retail provider of lighting, light bulbs, and lamps for the United States and worldwide.

9. LSE has infringed, and continues to infringe the '735 patent by making, using, selling, offering to sell and/or importing products , including at least its "LSE Lighting compatible UV Bulb 36W for Premier One DUV401J-16," ("LSE Premier One Bulb"), and will continue to do so unless enjoined therefrom by this Court.

10. Upon information and belief, the LSE Premier One Bulb is also compatible with, and is made, used, offered for sale, sold and/or imported by LSE for use with, lamps other than Premier One lamps as well.

11. Upon information and belief, LSE sells and/or offers for sale the LSE Premier One Bulb through its online store, www.lightexports.com. A true and correct copy of LSE's webpage is attached hereto as Exhibit B.

12. Light Sources has been irreparably harmed by LSE's infringement to an extent not

yet determined, and will continue to be irreparably harmed in the future unless LSE is enjoined from its activities by this Court.

## COUNT I
### (Infringement of U.S. Design Patent No. D617,735)

13.	Light Sources repeats and realleges paragraphs 1 - 12, above, as though fully set forth herein.

14.	LSE infringes and will continue to infringe the '735 patent by, among other activities, offering to sell or selling its LSE Premier One Bulb.

15.	Upon information and belief, LSE's continued infringement of the '735 patent has been and continues to be knowing, willful, and objectively reckless.

16.	As a direct and proximate result of LSE's infringing acts, Light Sources has suffered and will continue to suffer damages, including which are causing them irreparable harm.

## PRAYER FOR RELIEF

WHEREFORE, Light Sources respectfully asks this Court to enter judgment against LSE, and against respective subsidiaries, successors, parents, affiliates, officers, directors, agents, servants and employees, and all persons in active concert or participation with LSE, granting the following relief:

A.	The entry of judgment in favor of Light Sources and against LSE;

B.	A permanent injunction prohibiting further infringement of the '735 patent;

C.	An award of damages adequate to compensate Light Sources for the infringement that has occurred, but in no event less than a reasonable royalty for the use made of the inventions of the '735 patent as provided in 35 U.S.C. § 284, together with prejudgment interest from the date infringement began, and any profits made by LSE on the sale of the infringing products as provided in 35 U.S.C. § 289;

D. Award Light Sources treble damages as provided in 35 U.S.C. § 284;

E. Find that this case is exceptional and award Light Sources its costs in this action together with reasonable attorneys' fees as provided in 35 U.S.C. § 285; and

F. Such other relief to which Light Sources is entitled under law, and any other and further relief that this Court or a jury may deem just and proper.

## **DEMAND FOR JURY TRIAL**

Light Sources demands a trial by jury on all issues so triable.

Date: January 21, 2015

Respectfully submitted,

/s/ Steven M. Coyle
Steven M. Coyle (ct21039)
scoyle@cantorcolburn.com
Tasia E. Hansen (ct29498)
thansen@cantorcolburn.com
Cantor Colburn LLP
20 Church Street
22nd Floor
Hartford, CT 06103
Tel. (860) 286-2929
Fax. (860) 286-0115

*Attorneys for Plaintiff*