# EXHIBIT B



## PRODUCT DESCRIPTION

**Brand: LSE Lighting**
Bulb Type: Ultraviolet Germicidal UV
Base: 2G11 (4pin in Square Formation)
Length: approx 16"
Glass Type: Quartz Glass Tube
Super Life Rating: 12,000hrs
Warranty: 1 year (recommend to replace every 12month)
**This lamp by (LSE Lighting brand) is fully compatible replacement for use with Premier One DUV401H-16 HVAC Air Purifier.**
All lamps listed are compatible brand (LSE Lighting) UV products. We do not sell Premier One brand lamps. All Premier One brand names, trademarks and logos are property of Premier One.

## FIND SIMILAR PRODUCTS BY TAG

## PRODUCT REVIEWS

## FIND SIMILAR PRODUCTS BY CATEGORY

## CUSTOMERS ALSO VIEWED



| LSE Lighting compatible 36W UV Lamp for York HVAC Purifier S1-UV36120 | LSE Lighting UV Bulbs UVC16HC UVV5CL for Premier One MUV403H-16/5 | LSE Lighting compatible UV Bulb GPL36 for Bryant HVAC System 4pin square | Replacement UV Lamp for Honeywell UC100E1014 36W Ultraviolet Air | LSE Lighting compatible S150RL-HO UV Bulb for SP150-HO SPV-2.5 |
|---|---|---|---|---|
| $38.00 | $59.00 | $38.00 | $30.00 | $32.00 |

### MY ACCOUNT
Sign In
Register
Wishlist
Lost Password

### QUICK LINKS
Home
Checkout
View Cart
Returns & Exchanges

### COMPANY
About Us
Privacy Policy
Contact Us
Site Map

### JOIN OUR MAILING LIST
GooglePlus   Facebook   Twitter

Copyright © 2015 Light Spectrum Enterprises, Inc - LSE Lighting® - All Rights Reserved   Designed by VisionCourse Media

